No. 1121. LAMBOGLIA, DEMANDANTE Y APELADO, *v.* BENÍTEZ & Co., DEMANDADO Y APELANTE.—Apelación procedente de la Corte de Distrito de Aguadilla en un caso de desahucio. Moción de la parte apelada para que se desestime la apelación por no haber depositado la parte apelante la totalidad del canon de arrendamiento vencido en el mes de marzo último. Resuelto en mayo 7, 1914. Desestimada la apelación. Abogado del apelado: *Sr. José Tous Soto.* Abogado de los apelantes: *Sr. C. Domínguez Rubio.*

---

No. 1148. MARTÍNEZ, DEMANDANTE Y APELANTE, *v.* GONZÁLEZ ET AL., DEMANDADOS Y APELADOS.—Apelación procedente de la Corte de Distrito de Arecibo en un caso de tercería de bienes inmuebles. Moción de la parte apelante desistiendo de la apelación con el consentimiento de la parte contraria. Resuelto en mayo 18, 1914. Se tiene por desistido al apelante. Abogado del apelante: *Sr. Antonio Suliveres.* Abogado de los apelados: *Sr. Santiago B. Palmer.*

---

No. 1083. OLIVAR ET AL., PETICIONARIOS Y APELADOS, *v.* ANDINO ET AL., OPOSITORES Y APELANTES.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª., en un expediente de dominio. Moción de los apelados para que se desestime la apelación por no haber radicado su alegato la parte apelante. Resuelto en mayo 19, 1914. Denegada la moción por aparecer de los autos que uno de los apelantes ha fallecido sin que la parte apelada haya hecho la gestión que en derecho procede con motivo de tal fallecimiento. Abogado de los apelados: *Sr. Ramón Falcón.* La parte apelante no compareció.

---

No. 683. EL PUEBLO, DEMANDANTE Y APELADO, *v.* MILA, ACUSADO Y APELANTE.—Apelación procedente de la Corte de Dis-